**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6076**

---

ROBERT S. THOMPSON,

        Plaintiff - Appellant,

    v.

UNKNOWN,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:23-cv-00732-MHL-MRC)

---

Submitted:  April 11, 2024                         Decided:  April 16, 2024

---

Before AGEE and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Robert S. Thompson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert S. Thompson appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint without prejudice for failure to prosecute. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Thompson v. Unknown*, No. 3:23-cv-00732-MHL-MRC (E.D. Va. Jan. 9, 2024). We deny Thompson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*